# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

  -vs-

Ismael Lopez                                         **Docket No.  2:10-CR-00055 FCD**

**COMES NOW** Taifa M. Gaskins, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Ismael Lopez, who was placed on bond by the Honorable Gregory G. Hollows U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 2nd day of February, 2010, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**BOND CONDITIONS**: The defendant was released on a $305,000 bond, secured by property owned by his father and aunt, with Pretrial Services supervision and special conditions of release.  Please refer to page 2 of the Petition.

**OFFENSE:** 21 USC 846 and 841(a)(1) - Conspiracy to Possess with Intent to Distribute Methamphetamine; and 21 USC 841(a)(1) - Possession with Intent to Distribute Methamphetamine.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
Mr. Lopez submitted a drug test on July 6, 2010, which was positive for Cocaine.  Pretrial Services has questioned Mr. Lopez about the positive test result on at least two occasions, and Mr. Lopez maintains he has not used any illicit substances since he was released on bond.  Also, Mr. Lopez has not produced verification of his income, as directed by Pretrial Services.

**PRAYING THAT THE COURT WILL ORDER** a bail violation hearing be calendered for Monday, July 26, 2010, at 2: 00 p.m. before Your Honor to address the alleged violations of his release conditions.  Government counsel and defense counsel have both indicated they will be able to be present on the proposed date and time.

**LAST KNOWN ADDRESS:**     On file with Pretrial Services
**TELEPHONE NUMBER:**       On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

                                                              Respectfully submitted,

                                                              /s/ Taifa M. Gaskins

                                                              Taifa M. Gaskins
                                                             U.S. Pretrial Services Officer
                                                             July 23, 2010

**ORDER**

____  The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ ___.

____  The Court hereby orders this ex parte motion and order be sealed.

____  The Court orders a summons be issued with an appearance date of _____.

**X**  The Court hereby orders this matter placed on this court's calendar on **Monday, July 26, 2010**, at **2:00** p.m. and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

____  The Court orders no action be taken.

                                         Considered and ordered this __23rd__ day of
                                         _July_____, 2010, and ordered filed and
                                         made a part of the records in the above case.

                                         _/s/ Kendall J. Newman_____
                                            U.S. Magistrate Judge

Pretrial Services Violation Petition - page 2
Lopez, Ismael

**SPECIAL CONDITIONS OF RELEASE:**

1) You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2) You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3) You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4) Your travel is restricted to the Eastern District of California and you shall not travel outside of this area without the prior consent of the pretrial services officer;

5) You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

6) You shall not associate with anyone who has a firearm in their possession;

7) If able, you shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

8) You shall surrender your passport to Pretrial Services or the Clerk of the U.S. District Court and you shall not obtain any passports or travel documents during the pendency of this case;

9) You shall submit to DNA testing as directed by the United States Attorney's Office (stayed);

10) You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

11) You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.

    **CURFEW:** You are restricted to your residence every day as directed by the pretrial services officer.

    You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company;

12) You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used; and

13) You shall submit to drug or alcohol testing as approved by the pretrial services officer.

February 2, 2010