PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant, ISMAEL LOPEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NO.  2:10-cr-00055-FCD |
|         Plaintiff, ) | |
|   vs.                    ) | REQUEST FOR RECONVEYANCE AND ORDER |
| ISMAEL LOPEZ, ) | |
|         Defendant. ) | |

I, PRECILIANO MARTINEZ, declare as follows:

1. On February 22, 2010, ALICIA LOPEZ, recorded and executed Deed of Trust (Short Form), Stanislaus County Recorders Document No. 2010-0017617-00, for a property bond in the amount of $305,000.000 for the property commonly known as:

    1647-61 CROWS LANDING, MODESTO, CA  95351, for bail purposes in the name of U.S. District Court Clerk for defendant, ISMAEL LOPEZ.

    Assessors Parcel No.:  056-017-020.

2. ISMAEL LOPEZ was ordered detained for violation of pretrial release on July 26, 2010.

3. Wherefore, request is hereby made that the following property be reconveyed as follows:

    ALICIA LOPEZ, the property commonly known as:

       1647-61 CROWS LANDING, MODESTO, CA  95351

       Assessors Parcel Number: 056-017-020.

1

Dated: 09/28/10                                     Respectfully Submitted,

                                                /s/ Preciliano Martinez                   .
                                                PRECILIANO MARTINEZ

# O R D E R

IT IS HEREBY ORDERED that the following property be reconveyed:

ALICIA LOPEZ, the property commonly known as:

1647-61 CROWS LANDING, MODESTO, CA  95351

Assessors Parcel No.: 056-017-020.

Dated: October 4, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE