PRECILIANO MARTINEZ
ATTORNEY AT LAW
State Bar No. 93253
801 15th St, Suite F
Modesto, CA 95354
(209)579-2206/ (209)579-2211 Fax

Attorney for Defendant, ISMAEL LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | CASE NO.  2:10-cr-00055-FCD |
| Plaintiff, ) | |
| vs. ) | REQUEST FOR RECONVEYANCE AND ORDER |
| ISMAEL LOPEZ, ) | |
| Defendant. ) | |

I, PRECILIANO MARTINEZ, declare as follows:

1. On February 22, 2010, MARIA L. CARRERA and HILARIO CARRERA, recorded and executed Deed of Trust (Short Form), Stanislaus County Recorders Document No. 2010-0017616-00, for a property bond in the amount of $305,000.000 for the property commonly known as:

   1233 VITO AVENUE, MODESTO, CA  95351, for bail purposes in the name of U.S. District Court Clerk for defendant, ISMAEL LOPEZ.

   Assessors Parcel No.:  038-041-016.

2. ISMAEL LOPEZ was ordered detained for violation of pretrial release on July 26, 2010.

3. Wherefore, request is hereby made that the following property be reconveyed as follows:

1

MARIA L. CARRERA and HILARIO CARRERA, the property commonly known as:

1233 VITO AVENUE, MODESTO, CA  95351

Assessors Parcel Number: 038-041-016.

Dated:  09/28/10                                         Respectfully Submitted,

                                             /s/ Preciliano Martinez            .
                                             PRECILIANO MARTINEZ

## **O R D E R**

IT IS HEREBY ORDERED that the following property be reconveyed:

MARIA L. CARRERA and HILARIO CARRERA, the property commonly known as:

1233 VITO AVENUE, MODESTO, CA  95351

Assessors Parcel No.: 038-041-016.

Dated: October 4, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE