DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
GONZALO SERRANO-VILLALOBOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:10-cr-00055 KJM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE TO May 26, |
| v. | ) | 2011, AT 10:00 A.M. |
| | ) | |
| GONZALO SERRANO-VILLALOBOS, et al. | ) | Date:  May 12, 2011 |
| | ) | Time:  10:00 a.m. |
| | ) | Judge: Kimberly J. Mueller |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, GONZALO SERRANO-VILLALOBOS, JOSE SERRANO-VILLALOBOS, ISMAEL LOPEZ, AND JOSE MANUEL LOPEZ, through their respective attorneys, that the Court should vacate the status conference scheduled for May 12, 2011, at 10:00 a.m., and reset it for May 26, 2011, at 10:00 a.m.

Counsel seeks additional time to conduct further legal research and continue ongoing defense investigation

The parties further stipulate that the Court should exclude the period from the date of this order through May 26, 2011, when it

1

computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting defendants' request for a continuance outweigh the best interest of the public and defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: May 4, 2011                     Respectfully submitted,

                                       DANIEL BRODERICK
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender
                                       Attorneys for Defendant

Dated: May 4, 2011                     /s/  M. Petrik for

                                       _____
                                       DAN FRANK KOUKOL
                                       Attorney for Jose Serrano-Villalobos

Dated: May 4, 2011                     /s/ M. Petrik for

                                       _____
                                       PRECILIANO MARTINEZ
                                       Attorney for Ismael Lopez

Dated: May 4, 2011                     /s/ M. Petrik for

                                       _____
                                       ALONZO JARVIS GRADFORD
                                       Attorney for Jose Manuel Lopez

Dated: May 4, 2011                     BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for Todd Leras
                                       _____
                                       TODD LERAS
                                       Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Status Conference set for May 12, 2011 is vacated and reset for May 26, 2011 at 10:00 a.m. The Court orders time excluded from the date of this order through May 26, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

DATED: May 6, 2011.

_____
UNITED STATES DISTRICT JUDGE

3