UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>ISMAEL LOPEZ,<br><br>Defendant. | Case No. 2:10-cr-00055-KJM-4<br><br><br><br>ORDER |

On August 19, 2019, defendant Ismael Lopez, a prisoner proceeding pro se, moved for a non-binding "recommendation from this Court to the Warden [] at [Federal Correctional Institution, Beaumont Low] to allow [Lopez] to serve the last twelve months, of a 144 months sentence, in a Residential Release Center, in Oakland, California." Mot., ECF No. 220, at 1.

Lopez has not provided the court with sufficient information concerning his period of incarceration and goals in early release to justify the recommendation he seeks. On these issues, he states only, "[d]uring the months that the movant has been prison [sic], he has taken advantage of all the available educational and vocational courses that the BOP has offered in the institution where movant has been at." *Id.* at 5. In issuing similar recommendations, courts have cited more robust explanations. *See, e.g., United States v. Costa*, No. 1:11-CR-0026-LJO-SAB, 2018 WL 1418352, at \*2 (E.D. Cal. Mar. 22, 2018) (noting defendant provided court with report attesting to "substantial efforts to educate and better himself during his period of incarceration and . . . [showing] no discipline on record within the past six months" and noting early release would allow

1

defendant to pay restitution with "only a tiny fraction of the restitution owed" paid thus far); *United States v. Collins*, No. 2:15-CR-00176-7-TLN, 2018 WL 1157508, at *1 (E.D. Cal. Mar. 5, 2018) (defendant argued early release would allow her to return to work to support her family and have more contact with her children without posing any risk to the public in light of her rehabilitation); *United States v. Bhamani*, No. 2:10-CR-00327-TLN, 2017 WL 2992455, at *2 (E.D. Cal. July 14, 2017) (noting "[d]efendant has provided significant information about his activities since sentencing and the extent of his efforts and progress toward rehabilitation while in prison" and granting motion).

Although the court is unable to grant the motion on this record, it will afford Lopez an opportunity to supplement the factual record, within 30 days.

IT IS SO ORDERED.

DATED: August 28, 2019.

_____
UNITED STATES DISTRICT JUDGE